# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132004(25)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                 SC: 132004
                                 COA: 268986

THAD EDWARD BURGER,
    Defendant-Appellant.
                                 Barry CC: 05-100078

_____/

      On order of the Court, the motion for reconsideration of this Court's February 27, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007                                        _____

d0521                                              Clerk